UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREAT LAKES INSURANCE SE,

    Plaintiff,

v.

Case No. 2:24-CV-814-KCD-DNF

TORCHIATI, LLC, PERSAUD PROPERTIES FL INVESTMENTS LLC,

    Defendants,

_____/

## ORDER

Following the status conference on November 13, 2025, and after hearing argument from counsel, it is now **ORDERED**:

1. The Clerk is directed to lift the stay and administrative closure and reopen this case;

2. A new case management and scheduling order will follow by separate order;

**ENTERED** in Fort Myers, Florida on November 13, 2025.

Kyle C. Dudek
United States District Judge